No. 63548.—United China & Glass Company *v.* United States, protest 58/18429 (San Francisco).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise consists of napkin holders or trivets used in the household and that if the protest were before the collector for review, he would concede the correctness of plaintiff's claim as to the frame portion, the claim of the plaintiff was sustained. The tile portion was held properly dutiable as assessed.

No. 63549.—F. Lunning, Inc., and Traders Service Corp. et al. *v.* United States, protests 171899–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiffs was sustained.

No. 63550.—Frederik Lunning, Inc., and Airport Clearance Service et al. *v.* United States, protests 198160–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiffs was sustained.